UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THOMAS KING,

    Trustee-Appellant,

v.                                                                    Case No. 11-C-657

KEVIN WINTERSTEIN,

    Appellee-Defendant.

## ORDER

In this Chapter 13 appeal, Trustee Thomas King appeals the bankruptcy court's determination that the debtor need not submit one-half of his net income tax refunds to the plan. The bankruptcy court based its ruling on its decision in *In re Robenhorst,* which this Court affirms today. The trustee presents no other issues on appeal. Accordingly, for the reasons given in Case No. 11-C-573, the judgment of the bankruptcy court is **AFFIRMED**.

**SO ORDERED** this   22nd   day of November, 2011.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach
                                                      United States District Judge